## Commonwealth *v.* Turak, Appellant.

Before O'BRIEN, J., without a jury. Argued November 20, 1975. *Stanton D. Levenson*, with him *Watzman, Levenson & Snyder*, for appel-

716

lant; *Louis R. Paulick* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.